UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-49 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Travis Howard Warner, | |
| Defendant. | |

_____

This matter is before the Court on the Government's Motion for a Preliminary Order of Forfeiture.  (Docket No. 32.)  Based on the plea agreement between the United States and Defendant Travis Howard Warner, the Court finds that the Government has established the requisite nexus between such property and the offenses of which Defendant has been found guilty.  Therefore, certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Preliminary Order of Forfeiture (Docket No. 32) is **GRANTED**;

2. Defendant is ordered to forfeit: fourteen Blazer 9mm Luger ammunition rounds; three Tulammo 9mm Luger ammunition rounds; two SIG 9mm Luger ammunition rounds; two S&B 22 9x19 ammunition rounds; one WIN 9mm Luger ammunition round; one WMA 21 ammunition round; a Polymer 80, model PF940SC, 9 mm caliber semiautomatic pistol un-serialized attached with a Glock model 26 9mm slide, with a serial number AHAH947;

      and one FC NX 9mm Luger ammunition round to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

3. The Attorney General or his authorized designee may seize and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Dated: <u>August 22, 2024</u>　　　　　　　　　*s/ Paul A. Magnuson*
                                                                                   The Hon. Paul A. Magnuson
                                                                                    United States District Court Judge