UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-49 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Travis Howard Warner, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for a Final Order of Forfeiture. (Docket No. 53.) Defendant agreed in the Plea Agreement to forfeit the described property (Docket No. 26), and on August 23, 2024, this Court ordered the preliminary forfeiture of the property. (Docket No. 34.)

The Government published a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 18, 2025, providing notice of the Government's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property. No petitions were filed and the time for doing so has expired. See Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Final Order of Forfeiture (Docket No. 53) is **GRANTED**;

2. Defendant is ordered to forfeit 14 Blazer 9mm Luger Ammunition Rounds; three Tulammo 9mm Luger Ammunition Rounds; two SIG 9mm Luger Ammunition Rounds; two S&B 22 9x19 Ammunition Rounds; one WIN 9mm Luger Ammunition Round; one WMA 21 Ammunition Round; a Polymer 80, model PF940SC, 9 mm caliber semiautomatic pistol un-serialized attached with a Glock Model 26 9mm slide, with a serial number AHAH947; and one FC NX 9mm Luger Ammunition Round to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. The United States shall dispose of the above-described property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 10, 2025                                          s/ *Paul A. Magnuson*
                                                                             Paul A. Magnuson
                                                                             United States District Court Judge